IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YANA LANIVSKA,

     Petitioner,

v.                                  No. 26-cv-0044-KWR-GBW

MARY DE ANDA-YBARRA, *et al*,

     Respondents.

**ORDER OF DISMISSAL**

This matter is before the Court on Petitioner Yana Lanivska's *pro se* 28 U.S.C. § 2241 Habeas Petition (Doc. 1) (Petition). Petitioner was an immigration detainee at the Otero County Processing Center when this case was filed. The Petition appears to challenge her continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Petition also contends that detention is unnecessary because Petitioner is willing to voluntarily leave the United States.

Respondents filed a Motion to Dismiss, which states the Petition is moot because Petitioner departed the United States on January 28, 2026. *See* Doc. 7 (Motion to Dismiss). The Motion to Dismiss attaches an Immigration Order permitting Petitioner's voluntary departure, and the Immigration and Customs Enforcement (ICE) locator website confirms she is not in custody. *See* Doc. 7-2; *see also* https://locator.ice.gov/odls/#/results. Petitioner also failed to respond to the Motion to Dismiss by the February 18, 2026 deadline. Accordingly, the Court agrees with Respondents that this case is moot and will grant the Motion to Dismiss. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (concluding § 2241 claims are moot after petitioner's "administrative removal order has been executed[,]" and he is no longer in the United States).

**IT IS ORDERED** that Respondents' Motion to Dismiss Petition (**Doc. 7**) is **GRANTED**;

Yana Lanivska's *pro se* 28 U.S.C. § 2241 Habeas Petition (**Doc. 1**) is **DENIED as moot**; and the

Court will enter a separate judgment closing the civil case.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE